UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELLEN MAROTO,<br>      Plaintiff,<br><br>v.<br><br>CVS CORPORATION LONG TERM DISABILITY INCOME INSURANCE PLAN; CVS CORPORATION, as Administrator of CVS Corporation Long Term Disability Income Insurance Plan; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br>      Defendants. | C.A. No. 1:20-cv-00537-MSM-LDA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ellen Maroto and Defendant Hartford Life and Accident Insurance Company, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and hereby are DISMISSED WITH PREJUDICE. The parties shall each bear their own costs, attorney's fees, and expenses of litigation.

| **Attorney for Plaintiff Ellen Maroto,** | **Attorney for Defendant Hartford Life and Accident Insurance Company,** |
|---|---|
| /s/ Mark B. Morse<br>Mark B. Morse (RI Bar 3003)<br>LAW OFFICE OF MARK B. MORSE, LLC<br>420 Angell Street<br>Providence, RI 02906<br>Tel: (401) 831-0555<br>Fax: (401) 273-0937<br>mark@morselawoffice.com | /s/ Scott K. Pomeroy<br>Scott K. Pomeroy (RI Bar 6044)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>One Boston Place, Suite 3500<br>Boston, MA 02108<br>Tel: (207) 387-2961<br>Fax:  (207) 387-2986<br>scott.pomeroy@ogletree.com |

Dated: February 17, 2022.

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the within Stipulation on February 17, 2022, and that this document is available for viewing and downloading from the Court's ECF system. Service on all counsel of record has been effectuated by electronic means.

                                  /s/ Scott K. Pomeroy
                                  Scott K. Pomeroy (RI Bar 6044)

50324339.v1-OGLETREE